UNITED STATES *versus* BENJAMIN J. WOODRUFF, ISAAC HULL, SAMUEL CAMP, AND ALVA BROWN, SURVIVORS OF ELISHA RUMSEY, DECEASED. 

JOURNAL ENTRIES (1829): *Journal 4:* (1) Case argued, submitted *p. 327; (2) judgment reversed *p. 340.

PAPERS IN FILE: (1) Petition for writ of error, allocatur; (2) draft of recognizance in error; (3) recognizance in error; (4) writ of error and return; (5) copy of county court summons; (6) assignment of errors; (7) joinder in error.

*1824–36 Calendar,* MS p. 184. Recorded in *Book C,* MS pp. 260–5.

 OLIVER W. MILLER *versus* THOMAS PALMER AND MARY A. W. PALMER. 

JOURNAL ENTRIES (1829–30): *Journal 4:* (1) Motion to take bill as confessed and for reference to master *p. 332; (2) bill taken as confessed, referred to master *p. 333; (3) motion to confirm master's report and for final decree *p. 343; (4) master's report confirmed, decree *p. 346; (5) decree signed *p. 385.

PAPERS IN FILE: [None]

*Chancery Case . . . . of . . . .*